1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov

Attorneys for Interested Party,
Nevada Department of Corrections

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JIN ACKERMAN,
            Plaintiff,
v.

WILLIAM KULOLOIA, et al.,
            Defendants.

Case No. 2:24-cv-01176-GMN-BNW

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Jin Ackerman, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 21 day of February 2025

/s/ Jin Ackerman
Jin Ackerman
Plaintiff, *Pro Se*

All other motions are DENIED as MOOT.

DATED this 30th day of April 2025

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
    DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
Gloria M. Navarro
UNITED STATES JUDGE

DATED: April 30, 2025.

Page 1 of 1